# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

## 23-20188-CR-MARTINEZ/BECERRA

### CASE NO._____

**18 U.S.C. § 1956(h)**
**18 U.S.C. § 982(a)(1)**

**UNITED STATES OF AMERICA**

**vs.**

**SONIA ESTELA AGUILAR and**
**DIEGO PRESAS HERRERA,**

**Defendants.**

_____/

FILED BY_____ *DGJ* _____D.C.

*May 1, 2023*

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIA

## INFORMATION

The United States Attorney, charges that:

### Conspiracy to Commit Money Laundering
### (18 U.S.C. § 1956(h))

From in and around December 2018, and continuing through in or around April 2020, in

Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

### SONIA ESTELA AGUILAR and
### DIEGO PRESAS HERRERA,

did knowingly and voluntarily combine, conspire, confederate and agree with each other and other

persons known and unknown to the United States Attorney, to commit certain offenses against the

United States, in violation of Title 18, United States Code, Section 1956, that is, to knowingly

conduct a financial transaction affecting interstate and foreign commerce, which transaction

involved the proceeds of specified unlawful activity, knowing that the property involved in the

transaction was designed in whole and part to conceal and disguise the nature, the location, the

source, the ownership and the control of proceeds of specified unlawful activity, in violation of

Title 18, United States Code, Section 1956(a)(1)(B)(i).

It is further alleged that the specified unlawful activity was represented to be the felonious importation, receiving, concealing, buying, selling, and otherwise dealing in a controlled substance, punishable under the laws of the United States.

All in violation of Title 18, United States Code, Section 1956(h).

## FORFEITURE ALLEGATIONS
### (18 U.S.C. § 982(a)(1))

1.      The allegations of this Information are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendants, **SONIA ESTELA AGUILAR and DIEGO PRESAS HERRERA,** has an interest.

2.      Upon conviction of a violation of, or conspiracy to violate, Title 18, United States Code, Section 1956, as alleged in this Information, the defendants shall forfeit to the United States any property, real or personal, involved in such offense, and any property traceable to such property, pursuant to Title 18, United States Code, Section 982(a)(1).

All pursuant to Title 18, United States Code, Section 982(a)(1) and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 982(b)(1).

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

CHRISTINE HERNANDEZ
ASSISTANT UNITED STATES ATTORNEY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**

**CASE NO.:** _____

**v.**

SONIA ESTELA AGUILA and
DIEGO PRESAS HERRERA,

_____/
Defendants.

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of counts _____

**Court Division** (select one)
☒ Miami    ☐ Key West    ☐ FTP
☐ FTL      ☐ WPB

I do hereby certify that:

1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3.  Interpreter: (Yes or No) Yes
    List language and/or dialect: Spanish

4.  This case will take ___0___ days for the parties to try.

5.  Please check appropriate category and type of offense listed below:

    (Check only one)                         (Check only one)
    I    ☒ 0 to 5 days                        ☐ Petty
    II   ☐ 6 to 10 days                       ☐ Minor
    III  ☐ 11 to 20 days                      ☐ Misdemeanor
    IV   ☐ 21 to 60 days                      ☒ Felony
    V    ☐ 61 days and over

6.  Has this case been previously filed in this District Court? (Yes or No) No
    If yes, Judge _____ Case No. _____

7.  Has a complaint been filed in this matter? (Yes or No) No
    If yes, Magistrate Case No. _____

8.  Does this case relate to a previously filed matter in this District Court? (Yes or No) Yes
    If yes, Judge SCOLA          Case No. 22-20102

9.  Defendant(s) in federal custody as of _____

10. Defendant(s) in state custody as of _____

11. Rule 20 from the _____ District of _____

12. Is this a potential death penalty case? (Yes or No) No

13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No

14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No

15. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No

By: _CHRISTINE HERNANDEZ_

CHRISTINE HERNANDEZ
Assistant United States Attorney
FL Bar No.      15349

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:  SONIA ESTELA AGUILAR**

**Case No:**

Count #:1

Conspiracy to Commit Money Laundering.

Title 18, United States Code, Section 1956(h)

* **Max. Term of Imprisonment:** 20 years Imprisonment
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** up to 3 years.
* **Max. Fine:**  $500,000

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name: DIEGO PRESAS HERRERA**

**Case No:**

Count #:1

Conspiracy to Commit Money Laundering.

Title 18, United States Code, Section 1956(h)

* **Max. Term of Imprisonment:** 20 years Imprisonment
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** up to 3 years.
* **Max. Fine:** $500,000

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| SONIA ESTELA AGUILAR, | ) | |
| | ) | |
| _Defendant._ | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year.  I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
_Defendant's signature_

_____
_Signature of defendant's attorney_

DAVID DONET
_____
_Printed name of defendant's attorney_

_____
_Judge's signature_

_____, United States Magistrate Judge
_Judge's printed name and title_

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| DIEGO PRESAS HERRERA, | ) | |
| | ) | |
| _Defendant._ | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
_Defendant's signature_

_____
_Signature of defendant's attorney_

Julian Stroleny
_____
_Printed name of defendant's attorney_

_____
_Judge's signature_

_____, United States Magistrate Judge
_Judge's printed name and title_