## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

FILED BY ℘CO D.C.

AUG 12 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES OF AMERICA v. SONIA ESTELA AGUILAR
**Case No. 1:23-CR-20188-MARTÍNEZ**

## DEFENDANT'S PRO SE MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

Defendant Sonia Estela Aguilar respectfully moves for early termination of supervised release pursuant to 18 U.S.C. § 3583(e)(1).

1. Defendant began supervised release on June 17, 2025, and has now successfully completed more than one year of supervision.

2. Defendant has fully complied with every condition of supervised release, remained law-abiding, and demonstrated rehabilitation and responsible conduct.

3. Defendant recently received a serious medical diagnosis requiring ongoing treatment. She respectfully requests early termination so she can devote her full attention to her treatment and recovery while continuing to live as a productive and law-abiding member of the community.

4. Defendant's exemplary compliance and current medical circumstances support early termination and the interests of justice.

WHEREFORE, Defendant respectfully requests that the Court grant this Motion and terminate her supervised release.

Respectfully submitted,

Sonia Estela Aguilar
Defendant, Pro Se Date: August 3, 2026

cc: Honorable Jose E. Martinez
Wilkie D. Ferguson, Jr. U.S. Courthouse
400 North Miami Avenue
Miami, Florida 33128

Christine Martinez – Assistant U.S. Attorney
11200 NW 20th Street, Suite 100
Miami, Florida 33128

Yaimee Gomez, U.S. Probation Officer
Wilkie D. Ferguson, Jr. U.S. Courthouse
400 North Miami Avenue, 9th Floor North
Miami, Florida 33128

# * Final Report *



**Jackson Memorial Outpatient**
**1611 NW 12th Avenue**
**Miami, Florida 33136**
**(305) 585-1111**

Estimado AGUILAR, SONIA ESTELA:

Gracias por elegir Jackson Health System para cubrir sus necesidades médicas. Este paquete tiene instrucciones importantes. Esta información es solo para usted. Si tiene alguna pregunta o preocupación que no sea urgente después del alta, llame al:

## Información del portal del paciente

Jackson quiere compartir un sitio web seguro para pacientes, **www.myjacksonhealth.org** Allí podrá encontrar información sobre su salud. El sitio web también tiene una copia de los documentos que recibió al salir del hospital. Hable con Atención al Cliente antes de irse para darle su dirección de email, si aún no lo hizo. Recibirá un email con instrucciones sobre cómo usar el sitio web en aproximadamente dos días.

Nos preocupamos por su privacidad. Su información médica es importante para nosotros. Por eso hicimos que este proceso fuera muy seguro. Guarde el email que le envió Jackson Health System como información personal.

## Instrucciones de seguridad para pacientes

Si ocurre una emergencia grave, llame al 911 de inmediato. Después de un procedimiento médico especial, es posible que sienta algo de dolor por gases. También es posible que tenga un poco de sangrado y dolor de garganta. Además, puede tener sueño por el medicamento. Si le hicieron una biopsia, no tome aspirina, ibuprofeno, Motrin, Aleve, Naprosyn, Celebrex o Plavix durante 2 semanas. Pregúntele a su médico antes de comenzar a tomar cualquier medicamento anticoagulante (ejemplo: Coumadin, Eliquis, Xarelto).

Si recibió medicamentos para el dolor o para conciliar el sueño durante el procedimiento, **siga estas reglas durante las próximas 24 horas:**

- No tome alcohol.
- No conduzca ni opere máquinas.
- Descanse y haga reposo, a menos que su médico le indique lo contrario.
- Si tiene sangrado, dolor o fiebre después del procedimiento, llame al

**Si tiene alguno de estos problemas, vaya al Departamento de Emergencias de inmediato:**

- Si su temperatura es de 101.5°F (38.6°C) o más durante 24 horas.
- Si su temperatura es superior a 100.4°F (38°C) y tiene menos de 2 meses de edad.
- Si tiene demasiado sangrado o drenaje.
- Si el enrojecimiento o la hinchazón alrededor de una herida empeora.
- Si tiene mucho dolor y el medicamento que le dio su médico no alivia el dolor.

Discharge Note-Nursing
* Final Report *

AGUILAR, SONIA ESTELA - 2607841

# AGUILAR, SONIA ESTELA

**DOB:** 06/28/1968
**MRN:** 2607841
**Visit Date:** 07/28/2026

## Instrucciones para visitas ambulatorias

### Su equipo de atención médica

**Attending Physician -** Crystal, Jessica - MD,Attn,Surgical Oncology
**Primary Care Physician - Lifetime -** Cusco-Prieto, Baudilio J - MD,Ref,Family Medicine
**Referring Physician -** Fleurant, Nadine - APRN,AHP,HP, Advanced Practice Registered Nurse

### Razón de la visita

Newly Diagnosed left breast invasive ductal carcinoma with mets to the left axilla.

### Historial de procedimientos

- **Cesarian Section #2** | Service Date: 2007
- **Cholecystectomy** | Service Date: 2003
- **Cesarian Section #1** | Service Date: 1998
- **Left ankle surgery** | Service Date: 1998

### Signos vitales antes de darle el alta
**Temperature** (Oral)
99.3 °F (37.4 °C)
**Heart Rate** (Peripheral)
84
**Respiratory Rate**
18

**Blood Pressure**
132/ ʳ 83

Discharge Note-Nursing

AGUILAR, SONIA ESTELA - 2607841

* Final Report *

# Qué hacer a continuación

## Citas de seguimiento programadas

| Tipo de cita (Appointment Type) | Cuando (When) | Con (With) | Dónde (Where) | Información de contacto (Contact Information) | Estado (Status) |
|---|---|---|---|---|---|
| Gynecology New Patient | 08/26/2026 02:00 PM EDT | Johnson, Rosanna Esther - DO,Attn,Obstetrics and Gynecology | Gynecology Ambulatory Care Center West, Room 4B - 1611 N.W. 12th Ave. Miami, Florida 33136 | 305-585-5466 | Scheduled |

## Órdenes de alta/remisiones/recomendaciones

**Breast Health Clinic Follow Up** 06/16/2026, left breast biopsies results., Mass of left breast
**Breast Health Conference** 07/28/2026 09:00:00 EDT, Newly Diagnosed left breast invasive ductal carcinoma with mets to the left axilla., 07/28/2026 09:00:00 EDT, Invasive ductal carcinoma of left breast
**Referral Oncology Genetics Counseling** 07/06/2026, Newly Diagnosed left breast invasive ductal carcinoma with mets to the left axilla.

Si no recibe ninguna información comuníquese al **305-585-6000** para programar una cita.

Discharge Note-Nursing                                    AGUILAR, SONIA ESTELA - 2607841
* Final Report *

**El médico de atención primaria o médico de familia es una parte importante para su recuperación y bienestar continuo. Ahora que ya le dieron el alta, siga las instrucciones de abajo:**

- Si su médico de atención primaria o médico de familia no es un médico de Jackson/UM, comuníquese con ellos e infórmeles de que recibió un tratamiento en nuestro sitio.
- Si no tiene un médico de atención primaria o de familia, por favor llame al **305-585-4DOC o (305-585-4362)** o visite **www.JacksonHealth.org** para obtener una remisión.
- Si lo remitieron con un especialista para recibir atención de seguimiento, coordine la programación de esa cita con su médico de atención primaria o médico de familia.
- Si su médico de Jackson/UM le indicó que se comunique con Jackson para programar una cita con un especialista, llame directamente al servicio de especialidad para coordinar o confirmar una cita de remisión
- Si le hicieron análisis de sangre hoy, es posible que sus pruebas de laboratorio incluyan una prueba de VIH y hepatitis C. Si aún no recibió esta información, debe comunicarse con nuestro especialista en pruebas de detección de VIH/hepatitis C al **305-585-4411** para obtener sus resultados e instrucciones para un seguimiento médico adecuado.
- Abajo se muestran otros números de teléfono a los que puede llamar según sus instrucciones:
  - **Clínica de Anticoagulación: 305-585-5565**
  - **Clínica de Rehabilitación Ortopédica: 305-585-6262**
  - **Para el resto de las especialidades: 305-585-6000**

# Medicamentos

Entregue una copia de esta lista de medicamentos a su médico. Lleve este formulario con usted si necesita más atención.

**Asegúrese de leer atentamente las instrucciones de los frascos de medicamentos, ya que puede haber cambios.**

**Si obtuvo sus recetas en una farmacia de Jackson, llame al 305-355-7444 para preguntar si sus medicamentos están listos.**

<u>New / Continue Taking without Changes / Contact Physician Medications</u>

|  | Qué (What) | Cuánto (How Much) | Cuando (When) | Instrucciones (Instructions) | Siguiente dosis (Fecha y Hora) / Next Dose Date and Time |
|---|---|---|---|---|---|
| *Sin cambiar (Unchanged)* | amLODIPine (amLODIPine 5 mg oral tablet) | 1 Tablet(s) Oral | Every day |  |  |
| *Sin cambiar (Unchanged)* | atorvastatin (atorvastatin 10 mg oral tablet) | 1 Tablet(s) Oral | Every day |  |  |
| *Sin cambiar (Unchanged)* | ciclopirox topical (ciclopirox topical 8% solution) | 1 Application Topical | Every day |  |  |
| *Sin cambiar (Unchanged)* | ciclopirox topical (Loprox 0.77% topical suspension) | 1 Application Topical | Every day |  |  |
| *Sin cambiar (Unchanged)* | dexamethasone/ neomycin/ polymyxin B ophthalmic (dexamethasone/ neomycin/ polymyxin B ophthalmic suspension) | 1 Drop(s) | Every 4 hours |  |  |
| *Sin cambiar (Unchanged)* | FLUoxetine (FLUoxetine 10 mg oral capsule) | 1 Capsules Oral | Once a day (in the morning) |  |  |

Printed by: Johnson, Chantel
Printed on: 07/28/2026 09:23 EDT

Discharge Note-Nursing

\* Final Report \*

AGUILAR, SONIA ESTELA - 2607841

| | Qué (What) | Cuánto (How Much) | Cuando (When) | Instrucciones (Instructions) | Siguiente dosis (Fecha y Hora) / Next Dose Date and Time |
|---|---|---|---|---|---|
| *Sin cambiar (Unchanged)* | hydrochlorothiazide (hydrochlorothiazide 25 mg oral tablet) | 1 Tablet(s) Oral | Every day | Ordering Physician: Pineiro Puebla, Yanely - MD,Attn,Hospitalist (IM) | |
| *Sin cambiar (Unchanged)* | ketoconazole topical (ketoconazole topical 2% shampoo) | 1 Application Topical | Once | | |
| *Sin cambiar (Unchanged)* | lisinopril (lisinopril 40 mg oral tablet) | 1 Tablet(s) Oral | Every day | | |
| *Sin cambiar (Unchanged)* | metoprolol (metoprolol tartrate 25 mg oral tablet) | 1 Tablet(s) Oral | 2 times a day | Ordering Physician: Pineiro Puebla, Yanely - MD,Attn,Hospitalist (IM) | |

**NOT Sent to Pharmacy or Printed**
**amLODIPine (amLODIPine 5 mg oral tablet)** 1 Tablet(s) Oral every day., Reported by DrFirst
**atorvastatin (atorvastatin 10 mg oral tablet)** 1 Tablet(s) Oral every day., Reported by DrFirst
**ciclopirox topical (ciclopirox topical 8% solution)** 1 Application Topical every day., Reported by DrFirst
**ciclopirox topical (Loprox 0.77% topical suspension)** 1 Application Topical every day., Reported by DrFirst
**dexamethasone/neomycin/polymyxin B ophthalmic (dexamethasone/neomycin/polymyxin B ophthalmic suspension)** 1 Drop(s) every 4 hours., Reported by DrFirst
**FLUoxetine (FLUoxetine 10 mg oral capsule)** 1 Capsules Oral once a day (in the morning)., Reported by DrFirst
**hydrochlorothiazide (hydrochlorothiazide 25 mg oral tablet)** 1 Tablet(s) Oral every day. Refills: 0.
**ketoconazole topical (ketoconazole topical 2% shampoo)** 1 Application Topical once., Reported by DrFirst
**lisinopril (lisinopril 40 mg oral tablet)** 1 Tablet(s) Oral every day.
**metoprolol (metoprolol tartrate 25 mg oral tablet)** 1 Tablet(s) Oral 2 times a day. Refills: 0.

# Resultados de pruebas de laboratorio y radiología

Visite el sitio web del portal del paciente **www.myjacksonhealth.org** para ver sus resultados publicados

# Medicamentos y vacunas administradas

# Alergias (reacciones)

penicillin (Moderate) RASH

# Problemas

**Ongoing** - Any problem that you are currently receiving treatment for.
   **Acne NOS**

Case 1:23-cr-20188-JEM   Document 56   Entered on FLSD Docket 08/12/2026   Page 8 of 8

Sonia E Aguilar
1901 NW South River Dr. Apto 54
Miami Fl, 33125

Retail



33128

RDC 99

U.S. POSTAGE PAID
FCM LG ENV
MIAMI, FL 33266
AUG 07, 2026

$1.98

S2324N502602-05

REC'D BY_____D.C.

AUG 18 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Honorable Jose E. Martinez
Wilkie D. Ferguson. JR. U.S. Courthouse
400 North Miami Avenue
Miami, Florida 33128.