**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-CR-20188-JEM**

**UNITED STATES OF AMERICA**

**v.**

**SONIA ESTELA AGUILAR,**

**Defendant.**
________________________________________/

# NOTICE OF APPEARANCE

The United States of America, through its undersigned Assistant United States Attorney, hereby files this Notice of Appearance as counsel of record in this case. The undersigned requests to be informed of all future filings in the above-captioned case.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By: */s/ Ilana R. Malkin*
Ilana R. Malkin
Assistant United States Attorney
Court ID No. A5503170
11200 NW 20th Street, Suite 101
Miami, Florida 33172
Tel.: (305) 715-7648
Email: Ilana.Malkin@usdoj.gov

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 17, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ *Ilana R. Malkin*
Ilana R. Malkin
Assistant United States Attorney