**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-CR-20188-JEM**

**UNITED STATES OF AMERICA**

**v.**

**SONIA ESTELA AGUILAR,**

**Defendant.**
_______________________________________/

**RESPONSE TO DEFENDANT'S MOTION FOR**
**EARLY TERMINATION OF SUPERVISED RELEASE**

The United States of America files this Response to Defendant Sonia Estela Aguilar's (the "Defendant") Motion for Early Termination of Supervised Release (ECF No. 56) (the "Motion"). The United States does not oppose the Defendant's requested relief.

**BACKGROUND**

On June 20, 2023, the Defendant pled guilty to the information charging her with conspiracy to commit money laundering, in violation of Title 18, United States Code, Section 1956(h). (ECF Nos. 22, 23). On August 23, 2023, the Court sentenced the Defendant to 36 months' imprisonment to be followed by three years' supervised release. (ECF No. 42)

According to the United States Probation Office ("USPO"), the Defendant's three-year term of supervised release began on June 17, 2025, and is scheduled to conclude on June 16, 2028. The USPO has noted that the Defendant has had no violations while on release.

The Defendant moved for early termination of her supervised release, requesting early termination due to a serious medical diagnosis requiring ongoing treatment, which the USPO also confirmed. The USPO indicated it will be recommending early termination.

## ARGUMENT

Title 18, United States Code, Section 3583(e)(1) provides that a district court may, after considering the factors set forth in 3553(a), terminate a defendant's term of supervised release "at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." Courts have found that "[t]he Defendant has the burden to demonstrate that early termination of supervised release is justified." *United States v. Carter*, No. CR 10-0363 SBA, 2013 WL 2255875, at *1 (N.D. Cal. May 22, 2013).

In this case, the Defendant has no outstanding restitution or fines, has completed over a year of her term of supervised release, and is also facing a significant and ongoing medical diagnosis, as detailed in the attachments to Defendant's Motion. (*See* ECF No. 56). In light of Defendant's serious medical condition, compliance while on supervised release, payment of any financial obligations, and the USPO's recommendation that early termination is warranted, the Government does not object to Defendant's request for relief.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By: */s/ Ilana R. Malkin*

Ilana R. Malkin
Assistant United States Attorney
Court ID No. A5503170
11200 NW 20th Street, Suite 101
Miami, Florida 33172
Tel.: (305) 715-7648
Email: Ilana.Malkin@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 18, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. The document will be sent by United States Mail to *pro se* Defendant Sonia Estela Aguilar, 1901 NW South River Drive, Apt. 54, Miami, Florida 33125.

*s/ Ilana Malkin*
Ilana Malkin
Assistant United States Attorney

cc: Sonia Estela Aguilar
1901 NW South River Drive
Apt. 54
Miami, FL 33125