**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-20188-CR-MARTINEZ**

UNITED STATES OF AMERICA,

Plaintiff,

v.

SONIA ESTELA AGUILAR,

Defendant.
_______________________________________/

# ORDER

**THIS CAUSE** comes before the Court on Defendant Sonia Estela Aguilar's *pro se* Motion for Early Termination of Supervised Release (the "Motion"), [ECF No. 56]. The Court has reviewed the Motion, the Government's Response, ([ECF No. 59]), and the United States Probation Office's Response. Accordingly, after careful consideration, the Court hereby **GRANTS** the Motion.

Title 18, United States Code, Section 3583(e) provides that a district court may, in its discretion, and after considering certain enumerated positions of 18 U.S.C. § 3553(a), terminate a defendant's supervised release in which the defendant has already served at least one year. 18 U.S.C. § 3583(e)(1). Before terminating supervised release, the court must be "satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." *Id.*

The § 3553(a) factors the Court must consider include: (1) the nature and circumstances of the offense and the history and characteristics of the defendant; (2) the need for the sentence imposed to afford adequate deterrence to criminal conduct; (3) the need for the sentence imposed to protect the public from further crimes of the defendant; (4) the need for the sentence imposed

to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner; (5) the kinds of sentence and sentencing ranges established for the applicable category of the offense committed, as set forth in the Sentencing Guidelines; (6) pertinent policy statements issued by the Sentencing Commission; (7) the need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct; and (8) the need to provide restitution to any victims of the offense. *See* 18 U.S.C. §§ 3583(e), 3553(a)(1), (a)(2)(B)–(D), (a)(4)–(7).

Defendant is requesting early termination of supervised release due to a serious and ongoing medical diagnosis. ([ECF No. 56]). Defendant has successfully completed fourteen months of supervised release. The United States Probation Office notes that Defendant has maintained compliance with her conditions of supervision and has shown stable community reintegration. The Court notes that the Government does not object to Defendant's request.

Accordingly, it is **ORDERED AND ADJUDGED** that Defendant's Motion, ([ECF No. 56]), is **GRANTED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 21 day of August 2026.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc: all counsel of record
Defendant, *pro se*